| | |
|---|---|
| 1 | EDWARD DURNEY (Bar No. 164183) |
| 2 | Attorney at Law |
|   | 11 Rosalita Lane |
|   | Millbrae, CA  94030 |
| 3 | (650) 244-9621 |
|   | (650) 244-9591 (fax) |
| 4 | |
| 5 | Attorney for Plaintiff ATECC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

A TRULY ELECTRIC CAR COMPANY,  ) Case No. CV 09 1364
               Plaintiff,  )
     v.  ) COMPLAINT FOR COPYRIGHT
     ) INFRINGEMENT, MISUSE OF
MAGNA INTERNATIONAL, INC.,  ) CONFIDENTIAL INFORMATION,
BLUWAV SYSTEMS, LLC, and  ) AND OTHER CLAIMS
PAPERBOY VENTURES, LLC,  )
               Defendants.  ) JURY TRIAL DEMANDED

1. **Subject Matter Jurisdiction.**  This court has subject matter jurisdiction over this lawsuit under one or more of 35 USC §116, 35 USC §216, 28 USC §1331, 28 USC §1332, 28 USC §1338 and 28 USC §1367.

2. **Personal Jurisdiction.**  Organized under the laws of the Canadian province of Ontario, Defendant Magna International, Inc. ("Magna") has its principal place of business in Ontario.  A Delaware limited liability company,

Complaint                          -1-

Defendant BluWav Systems, LLC ("BluWav") has its principal place of business in Rochester Hills, Michigan. A Delaware limited liability company, Defendant Paperboy Ventures, LLC ("Paperboy") has its principal place of business in Washington, D.C. Defendants Magna, BluWav and Paperboy have the required minimum contacts with California for this court to have personal jurisdiction over them.

3. **Venue.** A substantial part of the events giving rise to this lawsuit occurred, or a substantial part of property that is the subject of the action is situated, in the Northern District of California. In addition, for the purposes of venue, Defendants Magna, BluWav and Paperboy may be found in this district. That makes venue appropriate in this court.

4. **Intradistrict Assignment.** A substantial part of the events giving rise to this lawsuit occurred, or a substantial part of property that is the subject of the action is situated, in San Mateo County. Therefore, the San Francisco Division of this court should hear this lawsuit.

FIRST CAUSE OF ACTION:

COPYRIGHT INFRINGEMENT

5. Plaintiff A Truly Electric Car Company ("ATECC") owns the copyright in the works *Adaptive Electric Motors and Generators Providing Improved Performance and Efficiency: A Patent Application* (the "First Work") and *Four Patent Applications about Electric Motors and Vehicles* (the "Second Work").

6. Copyright in the First Work was registered on August 16, 2005 and in the Second Work on July 25, 2005. (Registration certificates attached as Appendix A.)

7. Defendants BluWav and Magna infringed Plaintiff ATECC's copyright in the First Work and the Second Work by filing, publishing and

Complaint -2-

prosecuting the following patent applications:

- *Adaptive Electric Motors and Generators Providing Improved Performance and Efficiency,* US 2004/0021437
- *Adaptive Electric Motors and Generators Providing Improved Performance and Efficiency,* US Appln. No. 10/359,293 (filed February 6, 2003)
- *Adaptive Electric Car,* US 2005/0052080
- *In-Wheel Electric Motors,* US 2005/0045392
- *Software-Based Adaptive Control System for Electric Motors and Generators,* US 2005/0046375
- *Low-Voltage Electric Motors,* US 2005/0127856
- *Electric Propulsion System,* US 2004/0263099

SECOND CAUSE OF ACTION:

CORRECTION OF PATENT INVENTORSHIP

8. Although not named as an inventor on the applications as filed, Edward Durney contributed as an inventor to at least the following six patent applications owned by Defendants Magna and BluWav:

- *Adaptive Electric Motors and Generators Providing Improved Performance and Efficiency,* US 2004/0021437
- *Adaptive Electric Car,* US 2005/0052080
- *In-Wheel Electric Motors,* US 2005/0045392
- *Software-Based Adaptive Control System for Electric Motors and Generators,* US 2005/0046375
- *Low-Voltage Electric Motors,* US 2005/0127856
- *Electric Propulsion System,* US 2004/0263099

9. That Edward Durney was omitted as an inventor on these patent applications was not due to deceptive intent on his part.

10. Edward Durney has assigned his rights in the patent applications to Plaintiff ATECC.

11. Other inventors for at least some of these patent applications were also omitted. Those named as inventors on at least some of these patent applications were not inventors and should not have been named. None of these errors was due to deceptive intent on the part of those named, or not named, as inventors.

## THIRD CAUSE OF ACTION:
## FAILURE TO MAINTAIN JOINTLY-OWNED PROPERTY

12. Defendants BluWav and Magna have failed to maintain patent applications in which Plaintiff ATECC has a joint ownership interest, including at least those patent applications listed in paragraph 8.

13. Among other things, Defendants BluWav and Magna have failed to:
- timely file responses to office actions with the United States Patent and Trademark Office and other patent offices,
- diligently prosecute the patent applications,
- file prior art references needed for any patents that issue to be valid, and
- correctly name inventors.

14. The failure of Defendants BluWav and Magna to maintain the jointly-owned property has harmed Plaintiff ATECC.

## FOURTH CAUSE OF ACTION:
## MISUSE OF CONFIDENTIAL INFORMATION

15. Plaintiff ATECC provided confidential information to Defendant Magna regarding Plaintiff ATECC's bid to purchase Defendant BluWav.

16. Defendant Magna misused Plaintiff ATECC's confidential information to buy BluWav itself, causing harm to Plaintiff ATECC.

17. Plaintiff ATECC provided confidential information to Defendant BluWav regarding Plaintiff ATECC's bid to purchase Defendant BluWav.

18. Defendant BluWav misused Plaintiff ATECC's confidential information to sell itself to Defendant Magna, causing harm to Plaintiff ATECC.

19. Plaintiff ATECC provided confidential information to Defendant Paperboy regarding Plaintiff ATECC's bid to purchase Defendant BluWav.

20. Defendant Paperboy misused Plaintiff ATECC's confidential information to sell Defendant BluWav to Defendant Magna, causing harm to Plaintiff ATECC.

## FIFTH CAUSE OF ACTION:
## TORTIOUS INTERFERENCE WITH CONTRACTUAL RELATIONS

21. Defendant Magna knew of Plaintiff ATECC's agreement with Defendant Paperboy giving Plaintiff ATECC the exclusive right to negotiate the purchase of Defendant BluWav.

22. Defendant Magna intentionally interfered with the contractual relationship between Defendant Paperboy and Plaintiff ATECC, causing harm to Plaintiff ATECC.

23. Defendant BluWav knew of Plaintiff ATECC's agreement with Defendant Paperboy and Plaintiff ATECC's proposal to Defendant Magna regarding the purchase of Defendant BluWav.

24. Defendant BluWav intentionally interfered with the contractual relationships between Defendant Magna and Plaintiff ATECC and between Defendant Paperboy and Plaintiff ATECC, causing harm to Plaintiff ATECC.

25. Defendant Paperboy knew of Plaintiff ATECC's proposal to Defendant Magna regarding the purchase of Defendant BluWav.

26. Defendant Paperboy intentionally interfered with the contractual relationship between Defendant Magna and Plaintiff ATECC, causing harm to Plaintiff ATECC.

## SIXTH CAUSE OF ACTION:
## BREACH OF AGREEMENT

27. Defendant Paperboy agreed to give Plaintiff ATECC the exclusive right to negotiate the purchase of Defendant BluWav.

28. Defendant Paperboy breached its agreement with Plaintiff ATECC, causing harm to Plaintiff ATECC.

## SEVENTH CAUSE OF ACTION:
## INDUCEMENT TO BREACH

29. Defendant Magna knew of Plaintiff ATECC's agreement with Defendant Paperboy giving Plaintiff ATECC the exclusive right to negotiate the purchase of Defendant BluWav.

30. Defendant Magna induced Defendant Paperboy to breach its agreement with Plaintiff ATECC, causing harm to Plaintiff ATECC.

Complaint                                                                 -6-

EIGHTH CAUSE OF ACTION:

UNJUST ENRICHMENT

31.     Expecting to profit from it, Plaintiff ATECC provided Defendant Magna with information about Defendant Paperboy's desire to sell Defendant BluWav. Defendant Magna used the information it received from Plaintiff ATECC to buy Defendant BluWav at a low price.

32.     Letting Defendant Magna enjoy the benefit of the information provided by Plaintiff ATECC without paying Plaintiff ATECC for it unjustly enriches Defendant Magna.

NINTH CAUSE OF ACTION:

PREDATORY PRACTICE TO RESTRAIN COMPETITION

33.     In purchasing Defendant BluWav, Defendant Magna used predatory practices to maintain and extend its market power and to restrain competition from Plaintiff ATECC.

JURY DEMAND

34.     Plaintiff ATECC demands a jury trial.

## REQUESTED RELIEF

35. Plaintiff ATECC respectfully asks the Court to order Defendants Magna, BluWav and Paperboy to do any or all of the following, as the Court finds appropriate:

   a. Defendant Magna transfer ownership of Defendant BluWav to Plaintiff ATECC in exchange for appropriate consideration.

   b. Defendants Magna and BluWav, jointly or severally, pay at least $2 million in damages to Plaintiff ATECC, including costs, expenses and attorneys' fees incurred in bringing this lawsuit.

   c. Defendant Paperboy pay at least $135,000 in damages to Plaintiff ATECC, including costs, expenses and attorneys' fees incurred in bringing this lawsuit.

   d. Defendant Magna or BluWav add inventors to certain patent applications, or to transfer ownership of those patent applications to Plaintiff ATECC.

   e. Plaintiff ATECC be awarded any other relief (including injunctive relief) as the Court may deem just and proper.

DATED: March 27, 2009

_____
Edward Durney

**APPENDIX A**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Short Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TXu 1-209-372

Effective Date of Registration: Jul 22, 2005

Application Received: JUL 22 2005
Deposit Received: JUL 22 2005  Two
Fee Received:

Examined By: *EM*
Correspondence: ☐

TYPE OR PRINT IN BLACK INK. DO NOT WRITE ABOVE THIS LINE.

**1. Title of This Work:** FOUR PATENT APPLICATIONS ABOUT ELECTRIC MOTORS AND VEHICLES

Alternative title or title of larger work in which this work was published:

**2. Name and Address of Author and Owner of the Copyright:** EDWARD G. DURNEY
11 ROSALITA LANE
MILLBRAE, CA 94030

Nationality or domicile. Phone, fax, and email:
Phone ( 650 ) 244-9621    Fax ( 650 ) 244-9591
Email: edurney @ prodigy.net

**3. Year of Creation:** 2003

**4. If work has been published, Date and Nation of Publication:**
a. Date _____ Month _____ Day _____ Year _____ (Month, day, and year all required)
b. Nation _____

**5. Type of Authorship in This Work:** Check all that this author created
☑ Text (includes fiction, nonfiction, poetry, computer programs, etc.)
☑ Illustrations
☐ Photographs
☐ Compilation of terms or data

**6. Signature:** Registration cannot be completed without a signature.
I certify that the statements made by me in this application are correct to the best of my knowledge.* Check one
☑ Author  ☐ Authorized agent
x *Edward G. Durney*

**7. Name and Address of Person to Contact for Rights and Permissions:** Phone, fax, and email.
☑ Check here if same as #2 above
Phone ( )   Fax ( )
Email

**8. Certificate will be mailed in window envelope to this address:**
Name: EDWARD G. DURNEY
Number/Street/Apt: 11 ROSALITA LANE
City/State/ZIP: MILLBRAE, CA 94030

Deposit Account #_____
Name_____

DO NOT WRITE HERE  Page 1 of ___ pages

*17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. August 2003—30,000  Web Rev. August 2003  ⓔ Printed on recycled paper                U.S. Government Printing Office: 2003-496-605/60,027

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Short Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**TXu 1-256-390**

TX          (TXU )

Effective Date of Registration

AUG 16 2005

Application Received
AUG 1 6 2005

Deposit Received
One AUG 1 6 2005  Two

Examined By 
Correspondence ☐     Fee Received

TYPE OR PRINT IN BLACK INK. DO NOT WRITE ABOVE THIS LINE.

| | | |
|---|---|---|
| **Title of This Work:** | **1** | Adaptive Electric Motors and Generators Providing Improved Performance and Efficiency: A Patent Application |
| Alternative title or title of larger work in which this work was published: | | |
| **Name and Address of Author and Owner of the Copyright:** | **2** | Edward G. Durney<br>11 Rosalita Lane<br>Millbrae, CA 94030 |
| Nationality or domicile:<br>Phone, fax, and email: | | Phone ( 650 ) 244-9621   Fax ( 650 ) 244-9591<br>Email edurney@prodigy.net |
| **Year of Creation:** | **3** | 2003 |
| *If work has been published,* **Date and Nation of Publication:** | **4** | a. Date _____ Month _____ Day _____ Year _____  (Month, day, and year all required)<br>b. Nation |
| **Type of Authorship in This Work:**<br>Check all that this author created. | **5** | ☒ Text (includes fiction, nonfiction, poetry, computer programs, etc.)<br>☒ Illustrations<br>☐ Photographs<br>☐ Compilation of terms or data |
| **Signature:**<br>Registration cannot be completed without a signature. | **6** | I certify that the statements made by me in this application are correct to the best of my knowledge.* Check one:<br>☒ Author  ☐ Authorized agent<br>x  *Edward G. D—* |
| **Name and Address of Person to Contact for Rights and Permissions:**<br>Phone, fax, and email: | **7** | ☒ Check here if same as #2 above.<br>Phone (   )       Fax (   )<br>Email |
| **8** Certificate will be mailed in window envelope to this address: | Name ▼ Edward G. Durney<br>Number/Street/Apt ▼ 11 Rosalita Lane<br>City/State/ZIP ▼ Millbrae, CA 94030 | **9** Deposit Account # _____<br>Name _____ |

DO NOT WRITE HERE        Page 1 of ___ pages