Bryan K. Anderson (SBN 170666)
bkanderson@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104-1715
Telephone:   (415) 772-1200
Facsimile:    (415) 772-7400

John G. Hutchinson (*pro hac vice*)
Peter C. Brensilver (*pro hac vice*)
Elizabeth P. Williams (*pro hac vice*)
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Telephone:   (212) 839-5300
Facsimile:    (212) 839-5599

Attorneys For Defendant
*Magna International Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| A TRULY ELECTRIC CAR COMPANY,<br><br>          Plaintiff,<br><br>     v.<br><br>MAGNA INTERNATIONAL INC.,<br><br>          Defendant. | Case No. 09-CV-01364-MHP<br><br>**[PROPOSED] ORDER EXTENDING DEFENDANT MAGNA INTERNATIONAL INC.'S TIME TO RESPOND TO FIRST AMENDED COMPLAINT UNTIL OCTOBER 1, 2009** |

1  Having considered the stipulation executed by counsel for plaintiff A Truly
2 Electric Car Company ("ATECC") and defendant Magna International Inc. ("Magna") reflecting
3 the parties' agreement that Defendant Magna shall have until October 1, 2009 to respond to the
4 First Amended Complaint, this Court finds the stipulated request for an extension of time is well
5 founded and it is therefore GRANTED.

6  Defendant Magna shall file its response to the First Amended Complaint on or
7 before October 1, 2009, except that no motion to dismiss simply for failure to state a claim
8 pursuant to Rule 12(b)(6) shall be filed.

9  Consistent with the Court's Order dated August 25, 2009, the Case Management
10 Conference will be scheduled, if necessary, for a date after this Court issues a final order on a
11 motion to dismiss filed by Defendant Magna or, if Defendant Magna files an answer to the First
12 Amended Complaint on or before October 1, 2009, for a date after the filing of such answer.

13  PURSUANT TO STIPULATION, IT IS SO ORDERED.

15 Dated: September __1__, 2009



IT IS SO ORDERED
Judge Marilyn H. Patel

2
**[PROPOSED] ORDER EXTENDING DEFENDANT MAGNA INTERNATIONAL INC.'S TIME TO RESPOND TO FIRST AMENDED COMPLAINT, CASE NO. 09-CV-01364-MHP**